UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL A. BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE DosSANTOS,<br><br>    Defendant. | Civil Action No. 05-10957-RCL |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(i), the Plaintiff, Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, hereby dismisses the above-captioned action without prejudice.

    For the Plaintiff,
    **CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN**
    By her attorneys,

    /s/ Kathleen A. Pennini
    Matthew E. Dwyer
    B.B.O. # 139840
    Kathleen A. Pennini
    B.B.O. # 654573
    Dwyer, Duddy & Facklam, P.C.
    Two Center Plaza; Suite 430
    Boston, MA  02108-1804

Date:  September 12, 2005    (617) 723-9777

## **CERTIFICATE OF SERVICE**

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document, has been served upon:

William J. Gately, Jr.
Attorney-At-Law
171 Pleasant Street
Fall River, MA  02721


by first class mail, postage prepaid, this 12th  day of September 2005.


$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ /s/ Kathleen A. Pennini
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Kathleen A. Pennini

f:\l25hsip\dossantos\pldg\notice.dismissal.doc:blg